**It is further ordered that the "show cause" hearing scheduled on Nov. 12, 2015, is canceled.**

**SO ORDERED.**
**SIGNED this 12th day of November, 2015**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

___

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

IN RE:                                                                Case #: 15-10790 NWW
Mark Gillespie                                                        Chapter 13
Janet Gillespie

      Debtor(s)

### AGREED ORDER

This case came before the Court on September 24, 2015 on the Motion for Relief from Stay filed by creditor, Headwaters Financial Corporation with respect to a 1999 Harley Davidson motorcycle on the grounds the debtors are delinquent in their payments to the Chapter 13 Trustee. At the hearing the parties announced the debtor would increase his payments to said creditor to $225.00 per month and that the parties had further agreed the stay would be vacated without further order of this Court in the event the debtor let his insurance coverage on the motorcycle terminate for any reason or if he failed to make his payments to the Trustee as required and then failed to cure either default within ten (10) days from the date of his attorney's receipt of a written notice of default.  Accordingly, based on the foregoing agreement of the parties and no adverse interest

appearing it is hereby

**ORDERED** that the Chapter 13 plan is hereby amended to require the Trustee to pay creditor Headwaters Financial Corporation a preferred payment of $225.00 per month and the debtor shall increase his payments to the Chapter 13 Trustee to $327.00 weekly. It is further

**ORDERED** that the creditor's motion for relief from stay is hereby denied upon the condition the debtors shall maintain continuous full insurance coverage on the motorcycle and make each required payment to the Chapter 13 Trustee, and in the event they fail to maintain the required insurance coverage or to make their payments as required to the Chapter 13 Trustee creditor may give counsel for debtors written notice of such default. Upon the debtors' failure to cure such default within ten (10) days from the date written notice is received by his attorney the automatic stay shall vacate with respect to the 1999 Harley Davidson motorcycle without further order of this Court.

Approved:

# # #

APPROVED FOR ENTRY:

Law Office of W. Thomas Bible, Jr.

/s/W. Thomas Bible, Jr.
W. Thomas Bible, Jr., BPR 014754
6918 Shallowford Road, Suite 100
Chattanooga, TN  37421
(423) 424-3116; (423) 370-1285
tom@tombiblelaw.com
Attorneys for the Debtor

Knight, & Hooper, PLLC

 /s/ Thomas. L. Knight, with permission
Thomas L.N. Knight, BPR#l072
Attorneys for Headwaters Financial Corporation
P.O. Box 11583
Chattanooga, TN 37401-2583 (423) 267-1158

Chapter 13 Trustee

/s/Kara L. West, with permission
CHAPTER 13 TRUSTEE
Kara L. West, Trustee (25744)
Cherie Knotts, BPR (27360)
PO Box 511
Chattanooga, TN  37401
(423) 265-2261